In the Matter of IRVING M. GETNICK, Respondent, v. JOSEPH G. LEASE, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

In the Matter of the Accounting of MAUDE L. REAVIS, as Administratrix D. B. N. of the Estate of MATTIE WILLIAMS, Deceased, Appellant. LOTTIE V. WILLIAMS et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

MARIE LAMBROSA, Respondent, v. VERNON MANOR COOPERATIVE APARTMENTS, INC., Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

ANTONIO OCCHINO, Respondent, v. SAM PRAVER et al., Copartners Doing Business under the Name of DEEP HILLS COMPANY, et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARMANDO BARTOLILLO, Appellant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

BEN PERLEN et al., Respondents, v. NATHAN WISHNOFF, Appellant, et al., Defendants.—

Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.